# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br>MEDTRONIC, INC.,<br>SPRINT FIDELIS LEADS<br>PRODUCTS LIABILITY LITIGATION | Multidistrict Litigation<br>No. 08-1905 (RHK/JSM) |

**THIS DOCUMENT RELATES TO**
**0:09-CV-00830-RHK-JSM**

**Patricia A. Kavalir v. Medtronic, Inc.**

## ORDER FOR DISMISSAL WITH PREJUDICE

Having come before this Court upon stipulation between the parties, PLAINTIFF PATRICIA A. KAVALIR AND DEFENDANT MEDTRONIC, INC. (Doc. No. 86 in CV-09-830 (RHK/JSM); Doc. No. 364 in 08-md-1905 (RHK/JSM)), **IT IS ORDERED** that the above-captioned action, Patricia A. Kavalir v. Medtronic, Inc., together with all claims and causes of action which were or might have been alleged therein, are **DISMISED WITH PREJUDICE** and on the merits.

Dated: September 3, 2010

                                                                                      s/Richard H. Kyle
                                                                                      RICHARD H. KYLE
                                                                                      United States, District Judge