**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation | Multidistrict Litigation No. 08-1905 (RHK/JSM) **ORDER** |
| This document relates to: | |
| Alexander v. Medtronic, Inc., Civ. No. 10-3373 | |

Plaintiff having moved (Doc. Nos. 43, 44) to lift the stay in this action, **IT IS ORDERED** that lead counsel for Plaintiffs and Defendant shall separately file responses addressing Plaintiff's request on or before February 10, 2011.

Dated: January 27, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge