UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER FOR DISMISSAL OF CASES** |
| This documents relates to:<br>All Persons Identified in Parts 1<br>Through 3 of Attached Exhibit B | |

Upon consideration of Plaintiffs' Motion for Dismissal of Cases, filed May 13, 2011 (Doc. No. 415), and based on all the files, records, and proceedings herein, **IT IS ORDERED**, pursuant to Federal Rule of Civil Procedure 41(a) and the Master Settlement Agreement, that any and all potential claims of the Settling Plaintiffs, as identified in Parts 1 through 3 of Exhibit B attached to this Order, against Medtronic relating to Sprint Fidelis Leads that have not yet been filed are hereby **DEEMED FILED** in this Court and **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. Plaintiff's Lead Counsel is **DIRECTED** to serve a copy of this Order, within ten (10) days of the date hereof, upon each Plaintiff identified in Exhibit B (either through counsel or, for those Plaintiffs appearing *pro se*, by mailing a copy directly to such Plaintiffs).

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: June 30, 2011

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge