**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In re Medtronic, Inc., Sprint Fidelis Leads            MDL No. 08-1905 (RHK/JSM)
Products Liability Litigation                                   **ORDER**

---

Settling Plaintiff Gary Lee Patterson having moved (Doc. No. 440) for relief from the Order (Doc. No. 424) dismissing his claims in this action, **IT IS ORDERED** that (1) lead counsel for Plaintiffs and Defendant Medtronic, Inc. shall separately serve and file responses addressing Patterson's Motion on or before March 14, 2012, and (2) Patterson may serve and file a reply in support of his Motion, if any, on or before March 28, 2012

Dated: February 27, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge